## Linda K. ENGLAND, Appellant,

v.

## Robert E. ENGLAND, Ronald D. England, Wayne A. England and Marilyn G. Wise, Respondents.

### No. WD 60315.

Missouri Court of Appeals,
Western District.

May 21, 2002.

Richard L. Colbert, Kansas City, MO, for Appellant.

David L. Knight, Columbia, MO, for Respondent.

Before VICTOR C. HOWARD, P.J., EDWIN H. SMITH and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Ms. Linda K. England appeals the judgment of the trial court, which held that it could not probate the last will and testament of Mr. Roger Dale England because he had revoked this document prior to his death.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).